FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RYAN BEMIS,<br><br>          Plaintiff,<br><br>  vs.<br><br>TRAVELERS INDEMNITY COMPANY,<br><br>          Defendant. | NO. 2:16-CV-00413-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT AND CLOSING FILE |

    BEFORE THE COURT is the parties' Stipulated Motion for Dismissal With Prejudice (ECF No. 91). The parties had previously reported the matter had settled. (ECF No. 89). The parties now agree all claims should be dismissed with prejudice and without an award of costs or attorney's fees to either party.

    **IT IS HEREBY ORDERED:**

    1. The Stipulated Motion (ECF No. 91) is **GRANTED**.

    2. The Clerk shall enter judgment of dismissal of the Complaint and all the claims therein **with prejudice** and without an award of costs or attorney's fees.

    **IT IS SO ORDERED**. The Clerk is hereby directed to file this Order, enter Judgment, furnish copies to counsel, and close this file.

    **DATED** this 28th day of September, 2018.

                        s/ Justin L. Quackenbush
                       JUSTIN L. QUACKENBUSH
             SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1